FILE

2014 MAR 13 PM 3: 00

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM )<br><br>           Plaintiff, )<br><br>   vs. )<br><br>BANERIO BIDAR ENITA, )<br>DoB: 12/14/1972, )<br><br>          Defendant. )| **CRIMINAL CASE NO. CM0699-13**<br><br>**JUDGMENT** |

This matter came before the Honorable Maria T. Cenzon on February 24, 2014 on Banerio Bidar Enita's ("Defendant") Change of Plea. Defendant was present and represented by Assistant Public Defender Peter J. Sablan. The People of Guam (the "People") were present and represented by Assistant Attorney General Jesse Nasis. The Defendant expressed the desire to change his plea in accordance with the written Plea Agreement executed by the Defendant and filed with the Court on February 5, 2014.

The Court examined Defendant, who acknowledged and waived all applicable legal rights under oath and Defendant subsequently changed his plea to guilty of the offense of:

- Vehicle without Identification (as a Misdemeanor)

Having examined Defendant, the Court found: Defendant is competent and capable of changing his plea; the guilty plea is made knowingly and voluntarily; and the guilty plea is supported by a sufficient factual basis as to each of the essential elements of the offense.

The Court accepted the plea and adjudged the Defendant guilty of the offense listed above. The Court accepted the written Plea Agreement, incorporated herein by reference, and sentenced Defendant according to the recommended sentence in the Plea Agreement.

The Court granted the People's motion to dismiss the remaining charges to which the Defendant did not plead guilty:

- Driving without a Seatbelt (as a Violation)

- Expired Registration (as a Violation)

- No Proof of Insurance (as a Violation)

A Further Proceedings in this matter is scheduled for October 21, 2014 at 2:00 PM.

**SO ORDERED this MAR 13 2014 day of February, 2014.**

Original Signed By:
Hon. Maria T. Cenzon

**HONORABLE MARIA T. CENZON**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

MAR 13 2014

Florene U. Rivera
Deputy Clerk, Superior Court of Guam